UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

TIMOTHY PIKE,                         )
                                      )
       Plaintiff,             )
                                      )
  v.                                  ) CASE NO. 4:06-cv-0169-DFH-WGH
                                      )
MICHAEL J. ASTRUE, Commissioner of    )
Social Security,                      )
                                      )
       Defendant.             )

ENTRY

Defendant has moved to dismiss this action for lack of jurisdiction because plaintiff failed to meet the 60-day deadline for seeking judicial review, as required by 42 U.S.C. § 405(g). Plaintiff has not responded, and it is clear that plaintiff missed the deadline.

The 60-day deadline appears to be a statute of limitations, which could be waived, rather than a non-waivable jurisdictional requirement. See *Weinberger v. Salfi*, 422 U.S. 749, 763-64 91975); see also *Mathews v. Eldridge*, 424 U.S. 319, 328 n.9 (1976) (Court had no obligation to raise issue of timeliness of suit under § 405(g); time limit therefore was not jurisdictional); *McDonald v. Heckler*, 612 F. Supp. 293, 299 (D. Mass. 1985). Nevertheless, the statute of limitations defeats

plaintiff's claim on the merits.  Defendant's motion to dismiss is granted, and the court will enter final judgment on the merits.

So ordered.

Date:  August 17, 2007

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Heidi Kendall-Sage
ECKERT ALCORN GOERING & SAGE
sage@eaglaw.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov